```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America,
      Plaintiff

      v.
                                    Case No.  12-cr-45-01-SM

Jon Hagstrom,
      Defendant

<u>O R D E R</u>

Defendant Hagstrom's Assented-to Motion to Continue the final pretrial conference and trial to October 16, 2013 (document no. 44) is granted.   Trial has been rescheduled for the month of October 2013.  Defendant Hagstrom shall file a waiver of speedy trial rights on April 11, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 4, 2013 at 11:00 a.m.

Jury selection will take place on October 16, 2013, at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
U.S. District Judge

April 1, 2013

cc:   David E. Kenner, Esq.
      Brett A. Greenfield, Esq.
      Michael Ramsdell, Esq.
      Debra Walsh, AUSA
      U.S. Marshal
      U.S. Probation